UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WINSTON PEREZ,                                :

               Petitioner,       :       00 Civ. 4846 (LMM)(RLE)

     - against -                          :       MEMORANDUM AND ORDER

T. RICKS, Superintendent of           :
Upstate Correctional Facility,
                             :
               Respondent.
                             :

------------------------------------x

McKENNA, D.J.

     In a Report and Recommendation dated August 7, 2003, Magistrate Judge Ellis recommended that the above pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. In an order dated September 11, 2003, the Court extended petitioner's time to object to the Report to October 31, 2003. Petitioner filed a timely objection, and additional supporting papers, including several in Spanish.[1] The Court has considered them all, those in Spanish with the assistance of a Spanish speaking person.

---

[1] The pro se submissions (six in number) are filed collectively under seal.

COPIES MAILED TO COUNSEL 14 DEC 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2011

The Court, having consider the objection <u>de novo</u>, accepts the recommendation of Judge Ellis. 28 U.S.C. § 636(b)(1). The petition is denied, and dismissed.

Dated:  December 14, 2011

SO ORDERED.

_____
Lawrence M. McKenna
U.S.D.J.

2