UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WINSTON PEREZ,                      :

              Petitioner,   :     00 Civ. 4846 (LMM)(RLE)

   - against -                     :     MEMORANDUM AND ORDER

T. RICKS, Superintendent of         :
Upstate Correctional Facility,
                                   :
              Respondent.
                                   :

------------------------------------x

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/14/2011]

McKENNA, D.J.

      In a Report and Recommendation dated August 7, 2003, Magistrate Judge Ellis recommended that the above pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. In an order dated September 11, 2003, the Court extended petitioner's time to object to the Report to October 31, 2003. Petitioner filed a timely objection, and additional supporting papers, including several in Spanish.[1] The Court has considered them all, those in Spanish with the assistance of a Spanish speaking person.

---

[1] The pro se submissions (six in number) are filed collectively under seal.

COPIES MAILED TO COUNSEL 14 DEC 2011

The Court, having consider the objection <u>de novo</u>, accepts the recommendation of Judge Ellis.  28 U.S.C. § 636(b)(1).  The petition is denied, and dismissed.

Dated:  December 14, 2011

SO ORDERED.

_____
Lawrence M. McKenna
U.S.D.J.